JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAMPS PLUS, INC., <br><br>           Plaintiff, <br><br>      v. <br><br> LAMPS PRO, LLC; RUBEN COHEN; CHRISTOPHER BRYAN; GILDA LLANES; HEMANT KOHLI, and DOES 1-5, inclusive; <br><br>           Defendants. | Case No. 2:24-cv-07435-CBM-PD <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br> Judge: Hon. Consuelo B. Marshall |

Pending before the Court is the Joint Stipulation to dismiss this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Plaintiff Lamps Plus, Inc. and Defendants Lamp Pro, LLC, Ruben Cohen, Christopher Bryan, Gilda Llanes, and Hemant Kohli, inclusive, have stipulated to the dismissal of this matter and good cause appearing, the Court **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1. This action is **DISMISSED** in its entirety **WITH PREJUDICE**; and
2. The parties will bear their own costs and attorneys' fees in connection with the dismissal.

**IT IS SO ORDERED**.

Dated: April 18, 2025

                                        Consuelo B. Marshall
                                        United States District Judge